# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JOSE SOSSA, | NO. CV 08-1549 SVW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KEN CLARK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 14, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE