# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JOSE SOSSA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK, Warden,<br><br>　　　　Respondent. | No. CV 08-1549 SVW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the amended petition, the records on file, and the Reports and Recommendations of the United States Magistrate Judge. (Docket # 155, 159.) Further, the Court engaged in a de novo review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered GRANTING the amended petition in part as to Petitioner's claim of ineffective assistance of counsel. (Docket # 155.) The writ of habeas corpus requiring the state superior court to release Petitioner will issue if, within 90 days from the date of the Judgment or the conclusion of appellate proceedings (whichever is later), the State of California does not either: (a) retry Petitioner or (b) re-offer Petitioner the pretrial plea offer of 25-years-to-life in custody.

IT IS FURTHER ORDERED that Judgment be entered DENYING the remainder of Petitioner's habeas claims and dismissing them with prejudice.

DATE: May 22, 2018

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE