# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JOSE SOSSA,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | No. CV 08-1549 SVW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the amended petition for a writ of habeas corpus is conditionally granted as to Petitioner's claim of ineffective assistance of counsel. The writ requiring the state superior court to release Petitioner will issue if, within 90 days from the date of the Judgment or the conclusion of appellate proceedings (whichever is later), the State of California does not (a) retry Petitioner or (b) re-offer Petitioner the pretrial plea offer of 25-years-to-life in custody.

IT IS FURTHER ADJUDGED that the remainder of the amended petition is denied and the claims are dismissed with prejudice.

DATE: May 22, 2018

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE